UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Harry Alphonso Bowleg,           )
                                 )
            Plaintiff,            )
                                 )    Case: 1:16-cv-02100        (F-Deck)
       v.                         )    Assigned To : Unassigned
                                 )    Assign. Date : 10/21/2016
The United States *et al.*,      )    Description: Pro Se Gen. Civil   Jury Demand
                                 )
            Defendants.           )

MEMORANDUM OPINION

In this action submitted *pro se*, plaintiff, a resident of Nassau, Bahamas, challenges his 1979 conviction entered in the United States District Court for the Southern District of New York and his subsequent deportation. Plaintiff admits that he has raised such challenges for 36 years. Compl. at 1. The instant complaint is procedurally barred. *See Bowleg v. Dep't of Justice*, 971 F.2d 765 (D.C. Cir. 1992) (per curiam) ("Appellant's claims related to the constitutionality of his arrest, conviction and deportation are based on issues that were finally decided in prior actions, therefore those claims are barred by the doctrine of *res judicata*."). Consequently, this case will be dismissed with prejudice. A separate order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: October 13, 2016